Attention US District Court -Clerk of the Court civil Docket case#:3:22-cv-00124-DJN

My name is Eve Vaccaro and I worked for THG Formerly Stone Transportation. I'm writing the court to respond to the Law suit Filed against me. I am 67 years old. I have a part time job processing paper work at Lux insurance. In September of 2020 THG sent me an E mail about a voluntary retirement package. I was not looking to retire but after having a conversation with my Manager Aaron Nowland. Aaron informed me that he couldn't guarantee my employment and that my job would probably be eliminated. At the time I had no idea a younger replacement had been hired. That information I found out after I left.

This law suit has created a great deal of anxiety for me. I am 67 years old and this new job allows me to work from home and watch my grand kids part time. I am nervous about contracting covid so I'm grateful I don't have to leave my house as a senior I'm worried about my health. I not sure why this suit was filed in Virginia. I never worked there. I'm not sure how I'm going to find the money to pay for an attorney. THG wants me to quit the job I have because it's a competitor I work for, but I don't solicit business. Being 67 years old nobody wants to hire me. THG didn't want to keep me in fact they forced me to take a pay cut before they forced me out. They write that I was a skilled and valued employee but the didn't treat me like a valued employee. when THG acquired stone Trans all they key sales people received money or stock. They claim I was so valued but I didn't receive anything at all. I never ask to retire. they came to me. If I was so valued, I'd still be working for them. I believe they thought at 67 years of age I was getting to old and they wanted to hire someone less expensive even after they cut my pay. I'm not sure if others had their pay cut.

I asked the Human Resources officer Rob Patton if I had a non-compete .He responded I had a non-solicit. I have never been a sales person so I don't solicit business. I have always been a customer service rep. I process paper work. I can't understand how 67-year-old women has brought so much harm to a big company from a house I never leave.

The complaint says I was contacting clients with Bernie Halligan. Bernie was the producer and owner of stone transportation he also worked with THG keeping these clients after the sale. Bernie has had a 20-year relationship with these clients I'm accused of contacting. Bernie has never asked me to help solicit clients. These are all his clients not mine. He has no non-compete. I feel I'm am being harassed because they can't file suit against Bernie. I make $2600 a Month. I don't receive any Commission or Bonus. If I have to quit this job my life will become difficult. I am just trying to survive especially in this time when everything is so expensive. As I stated before I don't and have not been out soliciting business.

I have filed a complaint the EEOC and State of CT Commission on Human Rights and Opportunity. I'm hopeful they can help.

Regards to the Court

Eve Vaccaro